**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHANE CHANDLER, | Case No. 2:21-CV-577-NBF |
| Plaintiff, | |
| vs. | |
| LENSCRAFTERS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**

AND NOW, come the parties who file this joint dismissal of all claims, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/*s/Erik M. Yurkovich*
Erik M. Yurkovich, Esq.
PA I.D. No. 83432
207 Pine Creek Road
Bldg 1 Ste 201
Wexford PA 15090
T:724.933.9199
Erik.yurkovich@gmail.com
Attorney for Plaintiff

/*s/Sean P. Dawson*
Sean P. Dawson
Littler Mendelson, P.C.
EQT Plaza
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
T:412-201-7600
SDawson@littler.com
Attorney for Defendant